UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00099 |
| | ) | JUDGE TRAUGER |
| CADDIUS BURNELL MOORE | ) | |

## MOTION TO CONTINUE TRIAL

Through counsel, defendant Caddius Burnell Moore moves to continue his trial, currently set on May 13, 2014.

In support of this motion, defense counsel would show the following: Based on the indicted charges, Mr. Moore (age 23) faces the possibility of more than 35 years in prison if convicted in this matter. Defense counsel has reviewed the discovery and met with Mr. Moore multiple times to discuss his case. Counsel is investigating possible defenses and also working to determine whether this matter can be resolved by an agreed disposition, but requires additional information to make this determination. Counsel requests additional time so that parties can continue to try to resolve this matter without a trial, and to provide Mr. Moore with additional information to assist him in determining how he should proceed.

Mr. Moore concurs in the request and has reviewed and signed a speedy trial waiver.

Assistant U.S. Attorney Clay Lee has not indicated any opposition to a continuance of this matter.

For the reasons stated above, Mr. Moore moves to continue his trial by at least 60-90 days.